# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00203-CV

**Copperas Cove, L.L.C., d/b/a Hill Country Rehabilitation and Nursing Center; Epic Healthcare Management Company; Leigh E. Ingram, L.V.N.; and Debbie Deaton, L.V.N., Appellants**

**v.**

**Phillip Lavalis, Individually and as Representative of the Estate of Rose Bonton; and Rosemary Watson, Appellees**

## FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT NO. 183,293-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

Appellants Copperas Cove, L.L.C., d/b/a Hill Country Rehabilitation and Nursing Center; Epic Healthcare Management Company; Leigh E. Ingram, L.V.N.; and Debbie Deaton, L.V.N., have filed a motion to dismiss the appeal. Appellees agree to the motion. Accordingly, we grant the motion and dismiss the appeal. Tex. R. App. P. 42.1.

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellants' Motion

Filed: April 18, 2001

Do Not Publish